1  **JAMES BENEDETTO [SBN 259202]**
2  **BENEDETTO LAW GROUP**
   2372 Morse Avenue, Suite 130
3  Irvine, California 92614
   Telephone: 1-949-232-1982
4  Facsimile: 1-888-289-8548
   Email: blg@outlook.co.th
5

6  Attorneys for Defendants Secure Channels, Inc., a California Corporation, Secured Channels Inc,
   a Delaware Corporation & Richard Blech, an Individual.
7

8                      **UNITED STATES DISTRICT COURT**

9                   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

11
   SECURE CHANNELS, INC., a California    )  CASE NO: 8:17-cv-1148
12 Corporation; SECURE CHANNELS INC., a   )
   Delaware Corporation; Richard Blech, an )  Honorable James V. Selna
13 Individual,                             )
                                           )  **NOTICE OF INTERESTED PARTIES**
14         **PLAINTIFFS**,                 )
                                           )
15         vs.                             )  [Local Rule 7.1-1]
                                           )
16                                         )
   ADRIAN PLESHA, an Individual;           )
17 ANTONELLI WOZNY PLESHA & CAMPA          )
   LLC, a Florida, Limited Liability Company )
18 and DOES 1 through 100, inclusive,      )
                                           )
19         **DEFENDANTS**.                 )
                                           )
20 TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR

21 ATTORNEYS OF RECORD:

22
           The undersigned, counsel of record for Plaintiffs SECURE CHANNELS, INC., a
23
   California Corporation, SECURE CHANNELS, INC., a Delaware Corporation and RICHARD
24
   BLECH, an Individual (hereinafter "Defendants") certifies the following interested parties have a
25
   direct, pecuniary interest in the outcome of this case.
26

27

28

                          NOTICE OF INTERESTED PARTIES   1

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION AND INTEREST |
|---|---|
| 1. Secure Channels Inc., a California Corporation | Plaintiff |
| 2. Secure Channels Inc., a Delaware Corporation | Plaintiff |
| 3. Richard Blech, an Individual | Plaintiff |
| 4. Adrian Plesha, an Individual | Defendant |
| 5. Antonelli Wozny Plesha & Campa | Defendant |

Dated: July 18, 2017

BENEDETTO LAW GROUP

By _____

**JAMES BENEDETTO**
Attorney for Plaintiff
Secure Channels Inc., a California Corporation
Secure Channels Inc., a Delaware Corporation
Richard Blech, an Individual

NOTICE OF INTERESTED PARTIES   2