EXHIBIT "1"

**From:** Adrian Plesha <aplesha@aol.com>
**Sent:** Monday, December 22, 2014 8:25 PM
**To:** Richard Blech
**Subject:** Let's get this going...

Hi Richard;

Great meeting today. I think the exchange and discussion we had regarding the one pager(s) was productive and I can see us working well together already.

Per our discussion I think I have a very good visual of what are objectives will be, what are targets are both private and public, and what meetings I need to begin to develop.

I think the cyber security space is a great place to be right now. A cyber security firm was my very first client and I know the subject fairly well and most of my contacts and previous workings are still in a place to benefit us. And I think Secure Channels offers something above and beyond the market offering.

Based on that here is my general terms proposal. If you are amenable let me know and I will put them into the basic services agreement.

- a one year agreement beginning Jan 1, 2015 @ $7k per month. If you're interested, I'll accept up to $2k of that in some form of company equity.

I like to work for incentives and I like to be mutually invested in my clients when possible.

- after the first year, you can cancel our agreement for any reason, or it will renew under the same general terms but at $12.5k per month. Or we can renegotiate at that time as well.

Let me know your thoughts.

Adrian.


**Adrian A. Plesha |**
*Partner & Senior Vice President Governmental Affairs |*
**Antonelli Wozny Plesha & Campa LLC** | *430 New Jersey Ave., SE, Washington DC  20003 |*
*202-491-5241 (p) | AWPCFederalAffairs.com*

**Confidentiality Notice:** *The information contained in this electronic email and any accompanying attachment(s) are for the use of the intended recipient only, is confidential business information, subject to copyright, may constitute a trade secret, and/or is privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful.  If you have received this communication in error please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

**P** *Please consider the environment before printing this e-mail.*

EXHIBIT "2"

**From:** Richard Blech
**Sent:** Monday, December 22, 2014 8:49 PM
**To:** Adrian Plesha
**Subject:** Re: Let's get this going...

Hi Adrian,

Thank you for this well thought out message and proposal and I agree we should have a great working relationship.

Your proposal below at $7,000 per month with $2,000 towards an equity structure is acceptable. I will need to work with my legal counsel and CFO to structure the equity piece, but we can come to an agreement in principle to move this forward. We will put together the formal agreement, but this email to you should serve as my confirmation to you to proceed per below.

Best regards,

Richard Blech

EXHIBIT "3"

# Electronic Articles of Organization For Florida Limited Liability Company

L11000111835
FILED 8:00 AM
September 29, 2011
Sec. Of State
nculligan

## Article I
The name of the Limited Liability Company is:
   ANTONELLI WOZNY PLESHA CAMPA LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
   430 NEW JERSEY AVE. SE
   WASHINGTON, DC. US  20003

The mailing address of the Limited Liability Company is:
   430 NEW JERSEY AVE. SE
   WASHINGTON, DC. US  20003

## Article III
The purpose for which this Limited Liability Company is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
   UNITED STATES CORPORATION AGENTS, INC.
   13302 WINDING OAK COURT
   SUITE A
   TAMPA, FL.   33612

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   SANDRA BRYANT, US CORP. AGENTS

## Article V

The name and address of managing members/managers are:

    Title:  MGR
    ADRIAN  PLESHA
    430 NEW JERSEY AVE. SE
    WASHINGTON, DC.   20003  US

**L11000111835**
**FILED 8:00 AM**
**September 29, 2011**
**Sec. Of State**
**nculligan**

Signature of member or an authorized representative of a member

Electronic Signature: SANDRA BRYANT, LEGALZOOM.COM, INC.

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.