**JAMES BENEDETTO [SBN 259202]**
**BENEDETTO LAW GROUP**
2372 Morse Avenue, Suite 130
Irvine, California 92614
Telephone: 1-949-232-1982
Facsimile: 1-888-289-8548
Email: blg@outlook.co.th

Attorneys for Defendants Secure Channels, Inc., a California Corporation, Secured Channels Inc, a Delaware Corporation & Richard Blech, an Individual.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURE CHANNELS, INC., a California Corporation; SECURE CHANNELS INC., a Delaware Corporation; Richard Blech, an Individual,<br>    **PLAINTIFFS**,<br><br>vs.<br><br>ADRIAN PLESHA, an Individual; ANTONELLI WOZNY PLESHA & CAMPA LLC, a Florida, Limited Liability Company and DOES 1 through 100, inclusive,<br>    **DEFENDANTS**. | **CASE NO: 8:17-CV-1148**<br><br>The Hon. James V. Selma<br>**DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>**JURY TRIAL DEMANDED**<br><br>Hearing Date: January 29, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10C |

DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)

1

I, James Benedetto, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am a member of the bar of the State of California and have been admitted to the United States Central District of California Court. I am the CEO in the law firm of Benedetto Law Group attorney for the Plaintiffs Secure Channels, Inc., a California Corporation; Secure Channels, Inc., a Delaware Corporation and Richard Blech, an Individual.

2.      I have personal knowledge of the facts stated below and with the proceedings in this case.

3.      I submit this declaration in support of Plaintiffs Secure Channels, Inc., a California Corporation; Secure Channels, Inc., a Delaware Corporation and Richard Blech, an Individual Opposition to Defendants Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6). Absent denying the motion, however Plaintiffs Secure Channels, Inc., a California Corporation; Secure Channels, Inc., a Delaware Corporation and Richard Blech, an Individual respectfully requests the Court leave to amend the First Amended Complaint it may have.

4.      On November 15, 2017 Defendant Adrian Plesha filed a Notice of Motion and Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) A motion was set for hearing on January 8, 2017 at 01:30 PM before Judge James V. Selna.

5.      On November 15, 2017 Defendants Adrian Plesha filed a Memorandum of Points and Authorities in Support of Notice of Motioj and Motion to Dismiss Complaint pursuant to FRCP 12(B)(6).

6.      On December 15, 2017 the Court issued an Order Denying Defnedant's Motion to Dismiss without prejudice for failing to comply with Local Rule 7-3 vacating the January 8, 2018 hearing.

DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)

7.     On December 27, 2017 Defendant Adrian Plesha filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(B)(6). The Court set a hearing for January 29, 2018.

8.     Defendant Adrian Plesha's Notice of Motion included a statement that Plaintiffs' counsel failed to respond to multiple attempte to schedule such conference.

9.     I never received any telephone calls, messages, emails, or letters by U.S. mail requesting a meet and confer as required by Local Rule 7-3.

10.    On December 27, 2017 Defendant filed an Amended Points & Authorites in Support of Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6).

11.    On January 8, 2018 Plaintiffs Secure Channels, Inc., a California Corporation; Secure Channels, Inc., a Delaware Corporation and Richard Blech, an Individual filed an Opposition to Defendants Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6).

12.    On January 8, 2018 Plaintiffs, Counsel filed a Decalration in Support of the Plaintiffs' Opposition to Defendants Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6).

13.    Attached is Exhibit A hereto is a true and correct copy of the verdict form for *Plesha v. Secure Channels, Inc*. Ornage County Superior Court Case: 30-2016-00831590-CU-BC-CJC signed by the presiding juror filed on November 2, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)

Executed this 8th day of January, 2018

By _____

**JAMES BENEDETTO**

DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I caused a true and correct copy of the foregoing Declaration of James Benedetto in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6) to be served upon defendants Adrian Plesha, an Individual and Antonelli Wozny Plesha & Campa, LLC by service to a member of the LLC Adrian Plesha by United States First-Class Mail, postage prepaid addressed as follows:

> Adrian Plesha
>
> 430 New Jersey Ave., SE
>
> Washington DC 20003

Dated: January 8, 2018

James Benedetto

DECLARATION OF JAMES BENEDETTO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(B)(6)